Submitted on record and briefs September 3, reversed and remanded for new trial
October 30, 1996

In the Matter of Anne Lombardi,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## ANNE LOMBARDI,
*Appellant.*

(9507-67232; CA A89783)

925 P2d 587

Michael T. Purcell filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Michael C. Livingston, Assistant Attorney General, filed the briefs for respondent.

Before Richardson, Chief Judge, and Riggs and Landau, Judges.

PER CURIAM

## PER CURIAM

Appellant appeals from an involuntary civil commitment, ORS 426.130, contending she was not fully advised of her rights by the trial court as required by ORS 426.100(1). The state concedes that the trial court erred and we agree. *State v. Tardanico*, 132 Or App 230, 888 P2d 15 (1994); *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).

Reversed and remanded for new trial.